[881 NE2d 214, 851 NYS2d 118]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON ALLEN, Appellant.

Decided January 10, 2008

**APPEARANCES OF COUNSEL**

*Office of the Appellate Defender*, New York City (*Ana Vuk-Pavlovic, Richard M. Greenberg* and *Sara Gurwitch* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Gary S. Snitow* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Whether the circumstances of a particular case rise to the level of reasonable suspicion is a mixed question of law and fact, beyond our review if the determination is supported by the record. A determination that the police possessed the common-law right to inquire is also a mixed question of law and fact subject to this Court's limited review. Here, record evidence supports the lower courts' determinations regarding both reasonable suspicion and the common-law right to inquire (*see People v De Bour*, 40 NY2d 210 [1976]).

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.